# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL NEDELTON, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 21-cv-03305-RAL |
| | : | |
| CHRISTOPHER KEEBLER, et al., | : | |
| Defendants. | : | |

## ORDER

Upon receipt of defendant A&J Builders, Inc.'s motion for summary judgment (Doc. No 28), the statement of undisputed facts (Dco. No. 29), the response in opposition to summary judgment filed by plaintiff Michael Nedelton (Doc. No. 31), and the reply filed by defendant A&J Builders (Doc. No. 34), it is, on this 30th day of June 2023, **ORDERED** that, for the reasons set forth in the Memorandum Opinion filed with this order, A&J Builders' Motion for Summary Judgment is **DENIED**.

The parties shall contact the chambers of the Hon. Scott W. Reid to schedule a settlement conference and will notify me when a date has been set.

                                                                       **BY THE COURT:**

                                                                       *s/Richard A. Lloret*
                                                                       **Honorable Richard A. Lloret**
                                                                       **U.S. Magistrate Judge**